UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Edwin Enrique Martinez Canales,
Amina Babic-Martinez,

Debtor.

BKY 23-41785
Chapter 7

**ORDER**

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and the debtors. Based upon the motion, files and records,

IT IS ORDERED:

The settlement is approved.

Dated: *February 26, 2024*

/e/ Katherine A. Constantine
Katherine A Constantine
Chief United States Bankruptcy Judge

United States Bankruptcy Court
District of Minnesota

In re:  Case No. 23-41785-KAC
EDWIN ENRIQUE MARTINEZ CANALES  Chapter 7
AMINA BABIC-MARTINEZ
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 2
Date Rcvd: Feb 26, 2024      Form ID: pdf111      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | EDWIN ENRIQUE MARTINEZ CANALES, 1200 DIVISION ST E APT 201, SAINT CLOUD, MN 56304-0931 |
| jdb | + | AMINA BABIC-MARTINEZ, 1200 DIVISION ST E APT 201, SAINT CLOUD, MN 56304-0931 |
| intp | + | Fifth Third Bank, 7616 Currell Blvd., suite 200, Woodbury, MN 55125-2296 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

**Name**      **Email Address**

Erik Ahlgren
     trustee@prtel.com erik@ahlgrenlawoffice.net,eaa@trustesolutions.net,aaron@ahlgrenlawoffice.net

Orin J. Kipp
     on behalf of Interested Party Fifth Third Bank okipp@wgcmn.com
     dkbenson@wgcmn.com;lfrancis@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com

Robert J. Hoglund
     on behalf of Debtor 2 AMINA BABIC-MARTINEZ bankruptcy@hoglundlaw.com hoglundlaw@ecf.courtdrive.com

| District/off: 0864-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf111 | Total Noticed: 3 |

Robert J. Hoglund   on behalf of Debtor 1 EDWIN ENRIQUE MARTINEZ CANALES bankruptcy@hoglundlaw.com hoglundlaw@ecf.courtdrive.com

US Trustee   ustpregion12.mn.ecf@usdoj.gov

TOTAL: 5